**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ricky Lee PRITCHETT, Defendant— Appellant.**

No. 08–6521.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2008.

Decided: June 5, 2008.

Ricky Lee Pritchett, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Lee Pritchett appeals the district court's order denying relief on Pritchett's motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Finding no abuse of the discretion, we affirm the district court's order. *United States v. Pritchett,* No. 4:03–cr–70162–JLK (W.D.Va. Mar. 27, 2008). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*